UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KURIAN DAVID, et al.** | **CIVIL ACTION** |
|     Plaintiffs | |
| **VERSUS** | **No. 08-1220** |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | **SECTION "E"** |
|     Defendants | |

**Related Cases:**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **CIVIL ACTION** |
|     Plaintiff | |
| **VERSUS** | **No. 12-557** |
| **SIGNAL INTERNATIONAL, LLC,** | **SECTION "E"** |
|     Defendant | |
| **LAKSHMANAN PONNAYAN ACHARI, et al.,** | **CIVIL ACTION** |
|     Plaintiffs | |
| **VERSUS** | **No. 13-6218** <br> **(c/w 13-6219, 13-6220,** <br> **13-6221, 14-732, 14-1818)** |
| **SIGNAL INTERNATIONAL, LLC, et al.,** | **SECTION "E"** |

**Applies To:** *EEOC v. Signal* (**12-557**)
_____

**PARTIES' JOINTLY PROPOSED SET OF AGENDA ITEMS
FOR APRIL 24, 2015 STATUS CONFERENCE**
_____

On the Court's request for a joint proposed agenda for the April 24, 2015 Status Conference (Rec. Doc. 613 (*EEOC*)), Plaintiff Equal Employment Opportunity Commission submits the below set of agenda items based on input from all parties.

**Applies to:** *EEOC v. Signal* **(12-557)**

<u>EEOC</u>

    1) Pretrial matters generally for Phase I - Pattern or Practice Trial Proceedings set for June 1, but which would specifically include at least the following:

        a. Use of Video Depositions taken of Signal officials/representatives in March 2015.

        b. Exhibit List coordination and objections issues.

    2) Status of Settlement efforts or Bankruptcy and impact on Trial setting.

<u>Signal</u>

    1) Deposition designations - how to best handle to avoid the *David* issues

    2) Structure of trial 706/707 concerns because issue is pending in Fifth Circuit

    3) How are we going to try the case - will EEOC be allowed to hold open their case until they see who Signal calls to the stand?

    4) Exhibit objections - how to better handle, lessons learned in *David*

    5) Number of jurors to be chosen

    6) Expectations for formal filing vs. email communications with the Court on matters involving any potential agreements reached by the parties on pretrial-related dates

**Applies to:** *David v. Signal* **(08-1220)**

    None

April 21, 2015.

                              Respectfully submitted,

                              /s/ Robert A. Canino
                              ROBERT A. CANINO
                              Regional Attorney
                              Oklahoma State Bar No. 011782
                              Robert.canino@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

Dallas District Office
207 South Houston, 3rd Floor
Dallas, Texas 75202
(214) 253-2750
(214) 253-2749 (FAX)

C. EMANUEL SMITH
Regional Attorney
Mississippi Bar # 7473

/s/ GERALD L. MILLER
Senior Trial Attorney
(AL Bar No.: ASB-1454-E52G)
205-212-2047
gerald.miller@eeoc.gov

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, AL 35205

## CERTIFICATE OF SERVICE

     I hereby certify that on April 21, 2015, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

     DONE this 21st day of April, 2015.

                                             /s/ GERALD L. MILLER
                                             Senior Trial Attorney